USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-2-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

VALERIYA PIVKINA,

Plaintiff,

-against-

MCQUILLING PARTNERS, INC., ROBERT MEEHAN, STEFANOS KAZANTZIS, and OLIVER GE,

Defendants.

---------------------------------------------------------------- X

Case No. 26-cv-07038-LAK

**NOTICE OF PLAINTIFF'S MOTION TO REMAND**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Remand, the Declaration of Valeriya Pivkina and the exhibits annexed thereto, the pleadings and proceedings previously filed in this action, and such further submissions and argument as the Court may permit, Plaintiff Valeriya Pivkina, by her undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, for an Order pursuant to 28 U.S.C. § 1447(c):

1. Remanding this action to the Supreme Court of the State of New York, County of New York, because this Court lacks subject-matter jurisdiction under 28 U.S.C. § 1332 due to the absence of complete diversity of citizenship; and
2. Granting Plaintiff such other and further relief as the Court deems just and proper.

In accordance with Judge Kaplan's Individual Practices, this motion is submitted without a return date. Opposition and reply papers shall be served and filed in accordance with Local Civil Rule 6.1 unless otherwise directed by the Court.

Dated: September 17, 2026
Garden City, New York

Respectfully submitted,

/s *Bradley R. Siegel*
By: Bradley R. Siegel, Esq.
THE SIEGEL LAW FIRM, P.C.
*Attorneys for Plaintiff*
591 Stewart Avenue, Floor 4
Garden City, New York 11530
(516) 558-7559

To: Ana Shields, Esq. (Via ECF)
Erik Bashian, Esq.

Denied without prejudice to renewal if mediation is unsuccessful.

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/2/26